No. D-1047. IN RE DISBARMENT OF KATZ. Disbarment entered. [For earlier order herein, see *ante*, p. 955.]

No. D-1048. IN RE DISBARMENT OF CANNAVINO. Disbarment entered. [For earlier order herein, see *ante*, p. 955.]

No. D-1049. IN RE DISBARMENT OF BELTRE. Disbarment entered. [For earlier order herein, see *ante*, p. 965.]

No. D-1050. IN RE DISBARMENT OF FRIEDMAN. Disbarment entered. [For earlier order herein, see *ante*, p. 965.]

No. D-1052. IN RE DISBARMENT OF CAVACOS. Disbarment entered. [For earlier order herein, see *ante*, p. 966.]

No. D-1053. IN RE DISBARMENT OF MICHALEK. Disbarment entered. [For earlier order herein, see *ante*, p. 966.]

No. D-1063. IN RE DISBARMENT OF WEISS. Motion to defer further consideration granted. [For earlier order herein, see *ante*, p. 1011.]

No. D-1071. IN RE DISBARMENT OF WILEY. It is ordered that Buford B. Wiley, Jr., of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1072. IN RE DISBARMENT OF TRUDGEON. It is ordered that Jeffrey C. Trudgeon, of Upland, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1073. IN RE DISBARMENT OF ZADAN. It is ordered that Michael E. Zadan, of San Diego, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D-1074. IN RE DISBARMENT OF CLEMENTS. It is ordered that James F. Clements, of Landover, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.